**Exhibit A to the Complaint**

**Location:** Herndon, VA  **IP Address:** 71.120.0.238
**Total Works Infringed:** 42  **ISP:** Verizon Fios

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | Info Hash: E9496BC1B3013589D4AAC0C8EFCDE5692E10F62E<br>File Hash: 5E469E53EAEF0563C2A211A763A0AA5FD3181F9C701827199E0B4BBB8B4A2C86 | 09/22/2020 14:12:11 | Blacked Raw | 09/21/2020 | 09/29/2020 | PA0002258687 |
| 2 | Info Hash: 4F3CAA9D7D8185F294DFF09E8276BDEC62D8A41C<br>File Hash: 919E33445946B2E47A9223CBBA2E2666E8F11A358771039219D7B4160EB14A31 | 09/01/2020 13:03:52 | Blacked Raw | 08/31/2020 | 09/05/2020 | PA0002255473 |
| 3 | Info Hash: A19FBD9C5C79A4A9B580431608E41CC80E3C8B96<br>File Hash: B29E4EA8C29833057854DAFB738624AB50CC2DF9643A694B9247E1DAB08D2BE6 | 08/30/2020 05:55:06 | Blacked | 08/29/2020 | 09/05/2020 | PA0002255478 |
| 4 | Info Hash: 1F20D6A7008B7CCEC3410A20EFACC4AC55CEAADC<br>File Hash: 9A1A9C2782555622990015C592A6BA55BE742A35B3ACE638D920D2A4A3D2B1E9 | 08/18/2020 17:07:52 | Blacked Raw | 08/17/2020 | 09/05/2020 | PA0002255472 |
| 5 | Info Hash: 8C0450560F9B89D6FC85B8D65FC2A45F85BEB391<br>File Hash: D51FF4DFDC04263DDA8DDDF1C9E02997D3C0193D83460492DD9D0589FEE5B727 | 08/17/2020 03:12:24 | Tushy | 08/16/2020 | 08/18/2020 | PA0002253098 |
| 6 | Info Hash: 60912FB5E6ED2D944BC2B12CDB3C578461CB7A92<br>File Hash: 84BFA90EFD3942111D357DEF50858EBDD20DC494E07AE8EA35E2557C0139EECD | 06/28/2020 19:35:26 | Blacked | 06/27/2020 | 07/17/2020 | PA0002248593 |
| 7 | Info Hash: 5EC8097BB9C358F79C335417CA0163E751D0CC30<br>File Hash: 0E70FEE13CD40A97D9A0DBB4C766BE11608437F24B2F3552620674DD4438F136 | 06/28/2020 19:33:51 | Tushy | 06/28/2020 | 07/17/2020 | PA0002248597 |
| 8 | Info Hash: 33A4F0957F39BD711E336BDA133DB458DE45E91A<br>File Hash: 3DAF85B3BD145FB374681902E3C68D3173421FC9206B8BF74BA9B2B8C8CA5ACD | 06/07/2020 16:53:45 | Blacked | 06/06/2020 | 06/22/2020 | PA0002245636 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 9 | Info Hash: 9E44731E8EC3B6FD476E0A33695303251A58C476<br>File Hash: 6E310240066A7148AF3E41F974E2DF798485CC20CD9169B21ACB3B29F1F08140 | 05/25/2020 04:24:06 | Blacked | 05/23/2020 | 06/22/2020 | PA0002245638 |
| 10 | Info Hash: 6EB32DF847E80D6C5B464B5437CACB83D6859117<br>File Hash: 3D544C0BC82693F95C9787D0467049B078ADA2B10688785A93BC7F9275AA3A4E | 05/10/2020 03:12:13 | Blacked | 05/09/2020 | 06/08/2020 | PA0002243649 |
| 11 | Info Hash: 95F4D9E97D890FC30A535A7B4FA907E5518E1DDC<br>File Hash: 35EB71A7897C82F97706DC86C9B8596E41B802C707A0D62F2D918D96F792C004 | 05/09/2020 04:34:15 | Vixen | 05/08/2020 | 06/08/2020 | PA0002243645 |
| 12 | Info Hash: 84B5ED39BB7D9B21873783ED628C76037D90E13A<br>File Hash: 98F9E70879F659FFA199D1231591128216634EE732D5DCE467CA5DDF93D0DC38 | 05/04/2020 20:45:43 | Blacked Raw | 05/04/2020 | 05/19/2020 | PA0002241475 |
| 13 | Info Hash: 08A41F7A327E6D515D72226A6677C858F98FB25F<br>File Hash: 94B8223AA557DEFD6FA162762B73E7069D5F9FE52E48360D2748E102A4AB4418 | 04/26/2020 22:08:03 | Tushy | 04/26/2020 | 05/19/2020 | PA0002241478 |
| 14 | Info Hash: 8C6947272066C57583DEA1BE22B4EFA1FDEC3934<br>File Hash: 801B8F13DDE9E2FC8D78067FB02B263C63FE02F8E3E8891FA483BEA0B65C3885 | 04/06/2020 00:55:35 | Tushy | 04/05/2020 | 04/17/2020 | PA0002237308 |
| 15 | Info Hash: DC8EBE5A0710690ABCC9E2F8890B2DE95E767539<br>File Hash: 60EC07A4A9AA06DC825CFB212D29AB148410F5AFD43D4323AFA4DA67C9A70EEA | 04/04/2020 16:30:01 | Vixen | 04/03/2020 | 04/17/2020 | PA0002237302 |
| 16 | Info Hash: DD13D320C0879681AFA6F7DD38CCD9A322401B15<br>File Hash: C2C5F23864CB993A3B84F61357D840D411387AA38ED841974D636B320E2CF248 | 03/30/2020 00:30:30 | Blacked | 03/28/2020 | 04/15/2020 | PA0002246108 |
| 17 | Info Hash: 7F46C7C6F93FA2CED81750D01A6A4484E5394598<br>File Hash: 1FF5F149747DCE4001F4C54DC671963EC6B743984EBE973D54AD2BCB7ADF2517 | 03/16/2020 04:56:08 | Vixen | 03/14/2020 | 04/17/2020 | PA0002246114 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 18 | Info Hash: BAFB46BF047FBA7FE3FF433BFC2B9DC3DAD3C1A9<br>File Hash: ABE2C85159B9C6CB9BF3A288E7EBB1E044B46ED260C1111A1C9BAE91E3919A19 | 03/13/2020 13:26:32 | Blacked Raw | 03/12/2020 | 04/17/2020 | PA0002246106 |
| 19 | Info Hash: B2DCF49FD9509A0B94D0B9482833905D27B586DD<br>File Hash: 3E1C9BBDFBBA1498777506B911E85680A3F0E388BA93DF715788DE677ED8CF01 | 03/07/2020 16:25:12 | Tushy | 03/06/2020 | 04/15/2020 | PA0002244958 |
| 20 | Info Hash: 3B62BA3AC6C1A8710022D8041EF52DED60414A90<br>File Hash: 749B34A9EE51C4CA70DAB43E57D5A4C4354E0837FBCC6CE57D7B941433028158 | 03/06/2020 19:08:45 | Blacked | 03/05/2020 | 04/15/2020 | PA0002246102 |
| 21 | Info Hash: E10259BB09AFE9410D944641E94048900ADEF0F2<br>File Hash: BB40FB2FA9D578CD64AC8B698B074D104111183A93BFCEDB62320B19FCA0580E | 02/22/2020 02:25:34 | Blacked | 12/11/2017 | 01/04/2018 | PA0002097429 |
| 22 | Info Hash: 9C643ACA38FD9D470613CE49A612A20A07950A43<br>File Hash: 64E50EA88C00946AADFD30510FF5F092E9ABBF74D00329AC26A1D2C1D3FBED82 | 02/22/2020 02:23:23 | Vixen | 04/29/2018 | 06/19/2018 | PA0002126677 |
| 23 | Info Hash: EE4D29BA667E69950AA31279F7FA846BF696BF9D<br>File Hash: CBBA895BE4865BD867EC9F1DE3100FCB5C172459C4E0F59EDC51E5818599B405 | 02/22/2020 02:22:54 | Blacked | 08/03/2018 | 09/01/2018 | PA0002119596 |
| 24 | Info Hash: 549D81C2E31A1CB34CE19937D9D3CEE671D29A4C<br>File Hash: C8CCB78689D918D0D79665B3B33C13341BA46849EA640AFB43423CF912D9BAE6 | 02/20/2020 05:38:44 | Blacked | 02/19/2020 | 03/18/2020 | PA0002241617 |
| 25 | Info Hash: FF16D5C558E22B9BA334778EF92DDCAC4B9C219F<br>File Hash: 0A6AC3A4977BD540B7DF072701AB010EE0AFC960275C3F4BBE458E3B8FAEF669 | 01/31/2020 14:13:03 | Vixen | 01/29/2020 | 02/20/2020 | PA0002229058 |
| 26 | Info Hash: 093FF3C313504ED32913B9D8DACBB6EE2E888959<br>File Hash: DBB3A1ECDC30D2E12E9E548DFDACC26F3552C761C387C14986872EB72DC07517 | 01/28/2020 20:41:55 | Blacked Raw | 01/27/2020 | 03/15/2020 | PA0002240550 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 27 | Info Hash: 266D7D2CB7B0767E86DBFA6578C5EFD4C9C4BDC8<br>File Hash: 461804B3EAA88A48C2FF568380D37DBB0DA68FDD190090F52D40989D0AEC2BC2 | 01/23/2020 04:25:30 | Blacked Raw | 01/22/2020 | 02/20/2020 | PA0002229057 |
| 28 | Info Hash: DB497BED967866328C462CD1A231FA28CB64FD11<br>File Hash: FC1D827EB4C7B83CB646EB678BEE163F7DE809FF2F1AD43E7C3D7CADF1AF71BF | 01/18/2020 20:03:43 | Blacked Raw | 01/17/2020 | 02/20/2020 | PA0002229055 |
| 29 | Info Hash: 8340DF7A3A5C43A154B8A190F8EB6010786137E1<br>File Hash: D43189B0C9E38B7CAC6D1348B018E82246553D9F71EC7532F1A1C1F5FB5A6A10 | 01/13/2020 04:30:16 | Blacked | 01/10/2020 | 02/04/2020 | PA0002225582 |
| 30 | Info Hash: FF4AA172EC0D469A97A0693DDBA0DC1A4ECC701C<br>File Hash: 3DECF0AAB8057B9C37D101B6C483E9EF52900F7E0F64F19DB44D782FD9354CF9 | 01/02/2020 00:59:33 | Blacked Raw | 12/23/2019 | 01/03/2020 | PA0002219636 |
| 31 | Info Hash: 5269E9647358D2C0080970F7B91836FF0B134F73<br>File Hash: 27FB0D30B36C136AFA8C6C21A0D532780A248DC9A46D86A04DB243DAA5069A62 | 12/29/2019 05:16:35 | Blacked Raw | 12/28/2019 | 01/27/2020 | PA0002223954 |
| 32 | Info Hash: CCFBB306EDF927ECCFB2A0DE17187C2DB1286649<br>File Hash: 71CB18DF80E67C04754D77C5108BD642EBAF2453946954CDE892950CB7DAF10B | 12/27/2019 03:59:37 | Blacked | 12/26/2019 | 01/27/2020 | PA0002223955 |
| 33 | Info Hash: E218C67A369BDB33679CB9D07423AEA3A791A6BA<br>File Hash: 58014A8C7C741B7C2D71FB2D76A069ED5DD84D60BE69E6C0FB1B7DFE7DD4B455 | 12/22/2019 20:34:17 | Tushy | 12/17/2019 | 01/22/2020 | PA0002234859 |
| 34 | Info Hash: 2A235B5AC390943D91494754632D98DC21F91C61<br>File Hash: DA36FB64B2F44D21AEBA0C9894C59A022E7D8F5097E628388EF06C0BED7A6CA1 | 12/09/2019 01:55:41 | Blacked Raw | 12/08/2019 | 12/17/2019 | PA0002217664 |
| 35 | Info Hash: CD8618EED714855D34A7C9855FF48459EEFC19E9<br>File Hash: EB08A4BA3B4CB230C755314B682EDBF4E44BD95A8CFA29CA36280E9AD153B27A | 11/22/2019 12:14:52 | Blacked | 11/21/2019 | 12/09/2019 | PA0002216266 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 36 | Info Hash: C66CB7D5D924FC8D5C68C719745BB62596B66AFD<br>File Hash: 031ACED7B2C24AB488358162A8C9D1CB410F3313AFF7A11A596876477EFD2BB9 | 11/21/2019 22:38:17 | Vixen | 11/20/2019 | 12/09/2019 | PA0002216255 |
| 37 | Info Hash: CDAC395CE8800993349925E75F02E08592BA8B26<br>File Hash: 658E948CFDC15C66CB84492342B916A97F9E9FCA815F01B356FBF5632B4B75DF | 11/06/2019 10:19:59 | Blacked Raw | 11/03/2019 | 11/27/2019 | PA0002213995 |
| 38 | Info Hash: 83130BEF4D6B7F7CF58B9A72566BBBF2221ACE3E<br>File Hash: 4545A44D68DD5E94AC25FFD84C4110EE84A952FBF15D147C3A16B8393D7BBECF | 11/01/2019 12:54:16 | Vixen | 10/31/2019 | 11/15/2019 | PA0002211917 |
| 39 | Info Hash: D953E392C297913CDBDFCE65BCF4DF39F6D492E1<br>File Hash: 0ED72D2222E7721033B25678879CBA2CBB194E14288295CB78F4A1D3B97268A3 | 10/30/2019 13:37:31 | Vixen | 05/24/2019 | 07/17/2019 | PA0002188303 |
| 40 | Info Hash: C3D72FCFAFB0CFE653D94833E141952989C54EF0<br>File Hash: C5E9E52AF063FF4C3D1ACC010C7AFEDD9C2DA2FDDE2AD22AD63E9D5E06EE563F | 10/30/2019 13:27:50 | Blacked Raw | 10/29/2019 | 11/15/2019 | PA0002211918 |
| 41 | Info Hash: D688340236811F64E8637A5AFF159570F1648994<br>File Hash: 8F058136272BF47AE4215CB2C7439D489FF4E8E92AAD2E8DDDEBCE6296E789AD | 09/23/2019 02:11:13 | Blacked | 09/22/2019 | 10/07/2019 | PA0002205469 |
| 42 | Info Hash: 44A91CCBFDE09D843FF4C167CFE6685C8AE80078<br>File Hash: 63290BDBEDF5C7343F37C7CBD0113D0B95EA091BB67EB25B09DD403B22FF91EE | 09/18/2019 11:44:55 | Blacked | 09/17/2019 | 09/25/2019 | PA0002203161 |